334 A.2d 255

### In re Estate of Jacob W. KLEIN, Deceased.

### Appeal of BOARD OF GLOBAL MINISTRIES OF the UNITED METHODIST CHURCH.

Supreme Court of Pennsylvania.

Argued Dec. 5, 1974.

Decided March 18, 1975.

Roger M. Whiteman, Philadelphia, Zink, Owens & Shinehouse, Philadelphia, for appellant.

Irwin S. Rubin, Rubin & Glickman, Souderton, for appellee, Christ United Evangelical Church.

M. Paul Smith, Norristown, Smith, Aker, Grossman, Hollinger & Jenkins, Norristown, for appellee, Continental Bank and Trust Company.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Appellant to pay costs.